## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that, on January 12, 2018, he caused a copy of the foregoing motion to be served upon all counsel of record using the ECF system.

               s/ Jonathan B. Piper