IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARWA CHIROPRACTIC, P.C., an Illinois professional corporation, individually and as the representative of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>      v.<br><br>MED-CARE DIABETIC & MEDICAL SUPPLIES, INC., STEVEN SILVERMAN, and JOHN DOES 1-12,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 14-cv-05602<br>)<br>)  Judge John Z. Lee<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

      PLEASE TAKE NOTICE that on January 18, 2018 at 9:00 a.m., counsel for Plaintiff shall appear before Judge John Z. Lee or any judge sitting in his stead in the courtroom usually occupied by him (Room 1225) of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present *Plaintiff's Motion for entry of default as to Defendant Med-Care Diabetic & Medical Supplies, Inc.*

Dated: January 12, 2018                       Respectfully submitted,

                                                  s/ Jonathan B. Piper

                                                  Phillip A. Bock
                                                  Jonathan B. Piper
                                                  Bock, Hatch, Lewis & Oppenheim, LLC
                                                  134 N. La Salle St., Suite 1000
                                                  Chicago, IL 60602
                                                  Phone: (312) 658-5500
                                                  Fax: (312) 658-5555