## CERTIFICATE OF SERVICE

      I am an attorney of record in this case. I hereby certify that on January 12, 2018, I caused a copy of the foregoing to be filed via the Court's ECF filing system, whereupon all counsel of record were served.

                                          s/ Jonathan B. Piper
                                          Attorney for Plaintiff

                                          Phillip A. Bock
                                          Jonathan B. Piper
                                          Bock, Hatch, Lewis & Oppenheim, LLC
                                          134 N La Salle St., Ste. 1000
                                          Chicago, IL 60602