# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Arwa Chiropractic, P.C.,

Plaintiff(s),

v.

Med-Care Diabetic & Medical Supplies, Inc. et al,

Defendant(s).

Case No. 14-CV-5602
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Steven Silverman and Med-Care Diabetic Medical Supplies, Inc. and against plaintiff(s) Arwa Chiropractic, P.C.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion/ order dated 4/11/19

Date: 4/11/2019

Thomas G. Bruton, Clerk of Court

Carmen Acevedo, Deputy Clerk